1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:12-cr-00326 AWI-BAM

12                Plaintiff,                STIPULATION TO CONTINUE
                                            STATUS CONFERENCE; FINDINGS
13  v.                                      AND ORDER

14  JOSE ANTONIO HERNANDEZ,                 DATE: September 23, 2013
    GENARO VELA-RODRIGUEZ,                  TIME: 1:00 p.m.
15  DAMIAN MORALES-JERONIMO, and            JUDGE: Hon. Barbara A. McAuliffe
    LIBRADA SUCILLA-SANCHEZ,
16

17                Defendants,

18

19                                **STIPULATION**

20     The United States of America, by and through its counsel of record, and defendants, by and

21  through their counsel of record, hereby stipulate as follows:

22     1.   By previous order, this matter was set for status on August 12, 2013 at 1:00 p.m.

23
       2.   By this stipulation, the four defendants now move to continue the status conference
24
    until **September 23, 2013 at 1:00 p.m.** before Magistrate Judge Barbara A. McAuliffe, and to
25
    exclude time between the date of this stipulation and September 23, 2013 under 18 U.S.C. §§
26
    3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The government does not oppose this request.
27

28
                                          1

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes several thousand pages of discovery, including investigative reports, search warrant materials and related documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendants each desire additional time in preparation of this case. Written plea offers were extended to all four defendants. Counsel for defendants Vela-Rodriguez, Jeronimo and Sanchez desire additional time to review the plea offer, review discovery in light of the plea offer and advise their clients accordingly. Counsel for Hernandez desires additional time to consult with his client, housed in Lerdo jail in Bakersfield, as plea negotiations continue between Hernandez and the government after Hernandez communicated a counter-offer to the government. The parties anticipate that many, if not all the remaining defendants, will reach a resolution of the case by September 23, 2013, the date of the proposed status conference, and request the additional time to do so.

c. Counsel for each of the four defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to September 23, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   August 8, 2013

    /s/ Henry Z. Carbajal III
    HENRY Z. CARBAJAL III
    Assistant United States Attorney

DATED:   August 8, 2013

    /s/Victor M. Chavez
    VICTOR M. CHAVEZ
    Counsel for Defendant
    JOSE ANTONIO HERNANDEZ

DATED:   August 8, 2013

    /s/Carl M. Faller
    CARL M. FALLER
    Counsel for Defendant
    GENARO VELA-RODRIGUEZ

DATED:   August 8, 2013

    /s/Barbara H. O'Neill
    BARBARA H. O'NEILL
    Counsel for Defendant
    DAMIAN MORALES-JERONIMO

////

////

> pursuant to Fed. R. Civ. P. 23(e) for an order granting preliminary approval of the settlement of this matter in accordance with the Settlement Agreement and Release dated June 5, 2013 (the "Agreement") (Doc. 129, Attach. 5).
>
> The Agreement sets forth the terms and conditions for a proposed settlement of this lawsuit by and between defendant Harley Davidson Credit Corp. ("HDCC") and Mora, on his own behalf and on behalf of the Settlement Class and Settlement Sub-Class. Having read and considered the Agreement, as well as the proposed Class Notice, the memorandum in support of the motion and the Declarations of Luis Manuel Mora, William M. Krieg, Todd Hogue, and having heard the parties and given due consideration, the Court grants the motion for certification
>
> Order Granting Preliminary Approval of Class Settlement

IT IS SO ORDERED that the 6th Status Conference is continued from August 12, 2013 to September 23, 2013 at 1:00 P.M. before Judge McAuliffe.

Dated:    8/8/2013                           /s/ Barbara A. McAuliffe
                                                            U.S. MAGISTRATE JUDGE